| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | JANET BATEMAN, Bar #241210 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorneys for Defendant
NOAH T. VIENGXAY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-cr-00010 BAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| v. | ) SECOND REVIEW HEARING; |
| | ) ORDER THEREON |
| NOAH T. VIENGXAY | ) |
| | ) Date: April 11, 2013 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Dept : Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the review hearing in the above-referenced action now scheduled for April 4, 2013, **may be continued to April 11, 2013 at 10:00 a.m.**

The reason for this continuance is because the defense needs more time for defendant to be present at the hearing. The government does not object, and agrees that the warrant should be held until April 11, 2013. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 1, 2013     By:    /s/ *Megan A.S. Richards*
                                MEGAN A.S. RICHARDS
                                Assistant United States Attorney
                                Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: April 1, 2013     By:    /s/ *Janet Bateman*
                                JANET BATEMAN
                                Assistant Federal Defender
                                Attorney for Defendant
                                NOAH T. VIENGXAY

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:  April 1, 2013**          /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE